Michael J. McCue (SBN: 296425)
Aaron D. Johnson (SBN: 261747)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
4300 Bohannon Drive, Suite 230
Menlo Park, California 94025
(650) 391-1380 (Tel.)
Email: mmccue@lrrc.com
Email: adjohnson@lrrc.com

G. Warren Bleeker (SBN: 210834)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
655 North Central Avenue, Suite 2300
Glendale, CA 91203
(626) 795-9900 (Tel.)
Email: wbleeker@lrrc.com

*Attorneys for Plaintiff NNG, Kft.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NNG, Kft., a Hungarian corporation,<br><br>    Plaintiff,<br><br>v.<br><br>EPSILON ELECTRONICS, INC., a California corporation, JACK ROCHEL, an individual, and DON ROCHEL, an individual,<br><br>    Defendants. | Case No.: 2:16-cv-06943-RSWL-JC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff NNG, Kft. ("NNG" or "Plaintiff") hereby voluntarily dismisses this action without prejudice.

December 27, 2016                 Respectfully submitted,

                                  LEWIS ROCA
                                  ROTHGERBER CHRISTIE LLP

                                  By:   /s/ Michael J. McCue
                                  Michael J. McCue (SBN: 296425)
                                  Aaron D. Johnson (SBN: 261747)
                                  4300 Bohannon Drive, Suite 230
                                  Menlo Park, California 94025

100193514_1                              1

1  (650) 391-1380 (Tel.)
   Email:  mmccue@lrrc.com
2  Email:  adjohnson@lrrc.com

3  G. Warren Bleeker (SBN: 210834)
   655 North Central Avenue, Suite 2300
4  Glendale, CA 91203
   (626) 795-9900 (Tel.)
5  Email:  wbleeker@lrrc.com

6  *Attorneys for Plaintiff NNG, Kft.*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lewis Roca ROTHGERBER CHRISTIE

4300 Bohannon Drive, Suite 230
Menlo Park, CA  94025